# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Haji Wazir,** *et al.,* ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:06-cv-01697 (RBW)** |
| ) | |
| **DONALD RUMSFELD,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |

## JOINT STATUS REPORT

Petitioners Haji Wazir, Mohammad Sharif, Mohammad Omar, Mohammad Murad, Gul Mohammad, Abdul Hadi, Haji Naqib, and Baz Mohammad[1] (collectively "Petitioners") and Respondents Robert Gates, *et al.,* by their respective undersigned counsel, hereby respectfully submit this report in response to this Court's Order of June 20, 2008, in which the Court, in light of the Supreme Court's recent ruling in *Boumediene v. Bush*, Nos. 06-1195, 06-1196, 2008 WL 2369628 (June 12, 2008), ordered the parties to file a joint status report updating the Court as to the status of each of the petitioners in the case, including whether the petitioner has been released from the custody of the United States or transferred to another detention facility within Afghanistan or another country. The Court further ordered that if the parties are unable to provide such information by June 27, 2008, they shall indicate the earliest possible date by which they can comply with the Court's directive.

---

[1] While the caption in this case refers to all of these individuals as petitioners in this matter, Petitioners Mohammad Sharif, Mohammad Murad, Abdul Hadi, and Baz Mohammad, are the next friends of the detainee petitioners and are not alleged to be in detention in Bagram or elsewhere.

Counsel for the parties have determined that they currently are unable to provide the information requested by the Court because of identification issues due to the number of detainees with names similar to those of the petitioners. However, the parties expect to be able to resolve this situation, or at least to provide further information regarding the status of the identification process, to the Court within 30 days from this date. Specifically, the parties state as follows:

1.  On September 29, 2006, the Petitioners filed the present *habeas corpus* petition regarding four Afghan citizens whom their Next Friends (their cousins and uncle) believe are detained by the United States at the U.S. military base in Bagram, Afghanistan. This Court administratively closed the case on January 31, 2007.

2.  The parties currently believe that they will require at least 30 days to obtain the information requested by the Court. Accordingly, they propose to file a Joint Status Report on or before July 28, 2008.

Respectfully submitted,

By:  /s/                                                      By:  /s/
    Barbara Olshansky                                    Attorneys for Respondents
    International Justice Network                        Judry Subar
    559 Nathan Abbott Way                                Jean Lin
    Crown Quadrangle                                     U.S. Department Of Justice, Civil
    Stanford, CA 94305                                   Division
    Tel: (650) 736-2312                                  Federal Programs Branch
    Email: bolshansky@law.stanford.edu                   20 Massachusetts Avenue, NW
                                                         Washington, DC 20530
                                                         Tel (202) 514-3716
                                                         Email: jean.lin@usdoj.gov

Dated: June 27, 2008