IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI WAZIR, *et al.*,  )<br> )<br>    Petitioners,  )<br> )<br>v.  )<br> )<br>ROBERT GATES, Secretary, United States  )<br>Department of Defense, *et al.,*  )<br> )<br>    Respondents.  )<br> ) | Civil Action No. 06-CV-01697 (RBW) |

**NOTICE OF APPEARANCE**

NOTICE IS GIVEN that lead counsel for respondents is the following attorney:

JEAN LIN
Trial Attorney
Federal Programs Branch
Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 514-3716
Fax: (202) 616-8470
E-mail:  jean.lin@usdoj.gov

Dated: June 30, 2008                                    Respectfully submitted,

                                                            GREGORY G. KATSAS
                                                            Acting Assistant Attorney General

                                                            DOUGLAS N. LETTER
                                                            Terrorism Litigation Counsel

                                                            JOSEPH H. HUNT
                                                            Director, Federal Programs Branch

                                                            VINCENT M. GARVEY
                                                            Deputy Directory, Federal Program Branch

                                                              /s/   Jean Lin
                                                            JUDRY L. SUBAR (D.C. Bar No. 347518)

JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax: (202) 616-8470

Attorneys for Respondents