IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAJI WAZIR, *et al.*, ) | ) |
| Petitioners, ) | ) |
| v. ) | Civil Action No. 06-CV-01697 (RBW) |
| DONALD RUMSFELD, *et al.*, ) | **CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION** |
| Respondents. ) | |

Pursuant to L. Civ. R. 83.2(g), I certify that I am representing the Petitioners in the above-captioned case, *Haji Wazir, et al. v. Donald Rumsfeld, et al.* (Civil Action No. 1:06-cv-01697 (RBW)) without compensation.

Dated: July 28, 2008

    /s/   Barbara Olshansky
Barbara Olshansky (DC Bar No. NY0057)
International Human Rights Clinic
Stanford Law School
559 Nathan Abbott Way
Stanford, CA, 94305
Tel. 650.736.2312
Fax 650.723.4426
Email: bolshansky@law.stanford.edu