IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAJI WAZIR, *et al.*, | ) ) ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 06-CV-01697 (RBW) |
|  | ) | |
| DONALD RUMSFELD, *et al.*, | ) ) | **CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION** |
| Respondents. | ) ) | |

    Pursuant to L. Civ. R. 83.2(g), I certify that I am representing the Petitioners in the above-captioned case, *Haji Wazir, et al. v. Donald Rumsfeld, et al.* (Civil Action No. 1:06-cv-01697 (RBW)) without compensation.

Dated: July 28, 2008

                                                                                     /s/   Kathleen Kelly
                                                  Kathleen Kelly (CA Bar No. 228571)
                                                  International Human Rights Clinic
                                                  Stanford Law School
                                                  559 Nathan Abbott Way
                                                  Stanford, CA, 94305
                                                  Tel. 650.721-5885
                                                  Fax 650.723.4426
                                                  Email: kkelly@law.stanford.edu