IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAJI WAZIR, *et al.*,  )<br>  )<br>     Petitioners,  )<br>  )<br>v.  )<br>  )<br>ROBERT GATES, Secretary, United States  )<br>Department of Defense, *et al.,*  )<br>  )<br>     Respondents.  )<br>  ) | Civil Action No. 06-CV-01697 (RBW) |

**NOTICE OF CORRECTION**

In the Joint Status Report filed on July 28, 2008, respondents provided the Court with information, by way of example, concerning the number of Afghan citizens released from Bagram with the same or similar names as the four petitioners at issue. Respondents respectfully notify the Court that two of the numbers provided were in error. Respondents erroneously indicated that of the Afghan citizens who have already been released from Bagram, seven have the same or similar name as petitioner Mohammed Omar. We understand that the correct number should have been five. Similarly, respondents indicated that five Afghans already released from Bagram have the same or similar name as petitioner Haji Wazir. We understand that the correct number should have been four.

Respondents regret the errors but do not believe that these errors affect the identification issue before the Court, as respondents still are unable to identify the individuals on whose behalf this habeas petition was brought.

Dated: August 6, 2008                    Respectfully submitted,

                                                                GREGORY G. KATSAS
                                                                Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　/s/　Jean Lin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax: (202) 616-8470

Attorneys for Respondents