IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI WAZIR, *et al.*; | ) |
| | ) |
|    Petitioners/Plaintiffs, | ) |
| | ) |
| v. | )   1:06-CV-01697 (RBW) |
| | ) |
| ROBERT GATES, *et al.*; | ) |
| | )   DECLARATION OF |
| JOHN DOE 1, | )   BARBARA J. OLSHANSKY |
|  Custodian of Petitioner, | ) |
| | ) |
| JOHN DOE 2, | ) |
|   Custodian of Petitioner, | ) |
| | ) |
|    Respondents/Defendants. | ) |
| | ) |
| **Respondents are all sued in their official capacities.** | ) |
| ------------------------------------------------------------x | |

## DECLARATION OF BARBARA J. OLSHANSKY

I, Barbara Olshansky, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am a member in good standing of the Bar of the State of New York and the Bar of the United States District Court for the District of Columbia.

2. I am counsel for the Petitioners in this case along with my colleagues, Kathleen Kelly of the Stanford Law School International Human Rights Clinic, and Tina Monshipour Foster of the International Justice Network. I submit this declaration in support of Petitioners' Opposition to Respondents' Motion to Dismiss the Petition for a Writ of Habeas Corpus filed with this Court on November 3, 2008.

3. Petitioner's cousin, Mohammad Sharif, acts as Petitioner's Next Friend in bringing this action.

4. A copy of the Declaration of Jawed ("JoJo") Ahmad in support of Mr. Wazir, sworn to on November 3, 2008, is attached hereto as Exhibit 1.

5. A copy of the Declaration of Petitioner's son, Zaheerrullah, sworn to on November 3, 2008, is attached hereto as Exhibit 2.

6. The undersigned counsel inquired of Ms. Jean Lin, Trial Attorney with the Justice Department and counsel for Respondents, as to whether I, or any other attorney representing Petitioner Wazir, might be permitted to meet with him at Bagram. Ms. Lin stated that counsel access was not being permitted by her client, the Department of Defense. A copy of the letter confirming my telephone conversation with Ms. Lin is attached hereto as Exhibit 3.

7. Attached hereto as Exhibit 4 is an article by Roger Cohen, *No clear Victory, or End, to U.S. 'War on Terror'*, International Herald Tribune, Dec. 20, 2005.

8. Attached hereto as Exhibit 5 is an article by Tim Golden, *Army Faltered in Investigating Detainee Abuse*, N.Y. Times, May 22, 2005.

9. Attached hereto as Exhibit 6 is an article by Tim Golden, *Foiling U.S. Plan, Prison Expands in Afghanistan*, N.Y. Times, Jan. 7, 2008.

10. Attached hereto as Exhibit 7 is an article by Army First Lieutenant Lory Stevens, *Engineer Team Plans Bagram's Future,* American Forces Press Service News Articles, Aug. 13, 2008.

11. Attached hereto as Exhibit 8 are two pages from the Army and Air Force Exchange Service website, *Serving Troops Downrange,* also available at http://www.aafes.com/downrange/home.htm (follow drop-down menu under AAFES OEF/OIF Locations and select OEF SITES Bagram, Afghanistan and Bagram North Post, Afghanistan).

12. Attached hereto as Exhibit 9 is an article by Tom Lasseter, *Day 2: U.S. Abuse of Detainees Was Routine at Afghanistan Bases*, McClatchy Newspapers, June 16, 2008.

13. Attached hereto as Exhibit 10 is a report by Human Rights First, *Arbitrary Justice: Trials of Bagram and Guantánamo Detainees in Afghanistan* (April 2008).

14. Attached hereto as Exhibit 11 is a copy of the Memorandum from Paul Wolfowitz, Deputy Secretary of Defense to the Secretary of the Navy (Jul. 7, 2004).

15. Attached hereto as Exhibit 12 is a copy of the Congressional testimony by Senator Arlen Specter, cited at 152 Cong. Rec. S10368 (daily ed. Sept. 28, 2006).

16. Attached hereto as Exhibit 13 is a copy of the Congressional testimony by Senator Jeff Sessions cited at 152 Cong. Rec. S10404 (daily ed. Sept. 28, 2006).

17. Attached hereto as Exhibit 14 is a copy of the Congressional testimony by Senator Jon Kyl cited at 152 Cong. Rec. S10270 (daily ed. Sept. 27, 2006).

18. Attached hereto as Exhibit 15 is a copy of the Respondents' Reply to Petitioners' Reply and Opposition to Respondents' Motion to Dismiss the Second Amended Petition in the case *Ruzatullah v. Gates,* 06-CV-01707 (GK),  (D.D.C. Apr. 20, 2007).

19. Attached hereto as Exhibit 16 is a copy of the Respondents' Response to Order to Show Cause and Motion to Dismiss the Second Amended Petition in the case *Ruzatullah v Gates,* 06-CV-01707 (GK) (D.D.C. Jan. 29, 2007).

20. Attached hereto as Exhibit 17 is a report by Seton Hall Professor Mark Denbeaux *et al.*, *Report on Guantánamo Detainees: A Profile of 517 Detainees through Analysis of Dept. of Defense Data* (Seton Hall Univ., Feb. 8, 2006).

21. Attached hereto as Exhibit 18 is copy of the Department of Defense Memorandum, *Implementation of Administrative Review Procedures for Enemy Combatants Detained at U.S. Naval Base Guantanamo Bay, Cuba* (Sept. 14, 2004).

22. Attached hereto as Exhibit 19 is a copy of the Department of Defense Memorandum, *Combatant Status Review Tribunal (CSRT) Process at Guantanamo* (July 2007).

23. Attached hereto as Exhibit 20 is the agreement for the lease to the United States of lands in Cuba, Lease of Lands for Coaling and Naval Stations, Feb. 23, U.S.-Cuba, T.S. No. 418.

24. Attached hereto as Exhibit 21 is a copy of the Treaty of Relations between the United States of America and Cuba, May 29, 1934, U.S.-Cuba, 48 Stat. 1682, T.S. No. 866.

25. Attached hereto as Exhibit 22 is a copy of the Lease of Certain Areas for Naval or Coaling Stations, July 2, 1903, U.S.-Cuba, T.S. 426

26. Attached hereto as Exhibit 23 is a copy of the informational document issued by the U.S. Navy Environmental Health Center, Air Force Institute for Occupational Health, and U.S. Center for Health Promotion and Preventative Medicine, *Environmental Conditions at Bagram Airfield Information for Health Care Providers (HCPs)*, June 2004.

27. Attached hereto as Exhibit 24 is a copy of the Agreement on Military Exchanges and Visits between the Government of the United States of America and Mongolia, Jun. 26, 1996.

28. Attached hereto as Exhibit 25 is a copy of the Agreement and Exchanges of Notes Between the United States of America and Great Britain Respecting Leased Naval and Air Bases, 55 Stat. 1560, Mar. 27, 1941.

29. Attached hereto as Exhibit 26 is an article by Kent Harris, *Buildings Going up at Bagram Air Base as U.S. Forces Dig in for the Long Haul*, Stars and Stripes, Mar. 15, 2005.

30. Attached hereto as Exhibit 27 is the U.S. Government's Installation Profile: U.S. Controlled Air Base in Bagram Equipped with Superior Essex Cable, Superior Essex Inc., 2008.

31. Attached hereto as Exhibit 28 is a synopsis issued by the Army Corps of Engineers on Security Upgrades.

32. Attached hereto as Exhibit 29 is a synopsis issued by the Army Corps of Engineers regarding the Fabric Aircraft Maintenance Hangar at Bagram Airfield, Afghanistan, Army Corps of Engineers Contracting, Solicitation No. W912ER08R0052, (Apr. 29, 2008).

33. Attached hereto as Exhibit 30 is a synopsis issued by the Army Corps of Engineers regarding the Construction Services for Bulk Fuel Storage and Transfer System at Bagram Airfield,

Afghanistan, Army Corps of Engineers Contracting, Solicitation No. W912ER08R0054, (Apr. 25, 2008).

34. Attached hereto as Exhibit 31 is an article by Staff Sergeant Thomas J. Doscher, *New Bagram Hospital Offers State of the Art Care,* Air Force Print News Today, Feb. 9, 2007.

35. Attached hereto as Exhibit 32 is a news release issued by the International Committee of the Red Cross, Afghanistan Office, *Video Links Between Bagram Detainees and Families*, (Jan. 14, 2008).

36. Attached hereto as Exhibit 33 is an article, *$35 Million for Bagram AB Power Plant*, Defense Industry Daily, Aug. 4, 2008.

37. Attached hereto as Exhibit 34 is an article by Staff Sergeant Oshawn Jefferson, *FET Keeps Bagram Improving, Growing*, Air Force Print News Today, Dec. 4, 2007.

38. Attached hereto as Exhibit 35 is an article by Tim Golden and Eric Schmitt, *A Growing Afghan Prison Rivals Bleak Guantanamo*, N.Y. Times, Feb. 26, 2006.

39. Attached hereto as Exhibit 36 is a copy of the Agreement on Control Machinery in Germany, Adopted by the European Advisory Commission, art. 1, 5 U.S.T. 2062, (Nov. 14, 1944).

40. Attached hereto as Exhibit 37 is Presidential Executive Order No. 10144, Amendment of Executive Order No. 10062 of June 6, 1949, Establishing the Position of United States High Commissioner for Germany, 15 Fed. Reg. 4705 (July 21, 1950).

41. Attached hereto as Exhibit 38 is the Occupation Statute Defining the Powers To Be Retained by the Occupation Authorities, reprinted in Staff of S. Comm. On Foreign Relations, 92nd Cong., *Documents on Germany, 1944-1970,* (Comm. Print 1971).

42. Attached hereto as Exhibit 39 is a copy of Chapter 11, "Noncombatant Persons," from the Department of the Navy *Commander's Handbook on the Law of Naval Operations* 11.3 (2007).

43. Attached hereto as Exhibit 40 is an excerpt on General Restrictions on Aerial Bombardment and the Principle of Immunity of Civilians from the *U.S. Air Force Pamphlet* 110-31, § 5-3(a)(1)(c) (Nov. 19, 1976).

44. Attached hereto as Exhibit 41 is the United Nations Body of Principles for the Protection of All Persons under Any Form of Detention or Imprisonment, G.A. Res. 43/173, U.N. GAOR, 43rd Sess., Supp. No. 49, U.N. Doc a/43/49, (1988).

Dated: November 3, 2008
      Palo Alto, California

                                                  _____/s/_____
                                                  Barbara J. Olshansky (NY0057)

                                                  Stanford Law School
                                                  International Human Rights Clinic
                                                  Crown Quadrangle
                                                  559 Nathan Abbott Way
                                                  Stanford, California  94305
                                                  Tel.:   650-736-2312
                                                  Fax:   650-725-8509
                                                  Email: bolshansky@law.stanford.edu