WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# EXHIBIT 1
of Declaration of Barbara J. Olshansky,
dated November 3, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------x
HAJI WAZIR, et al.;                    )
                                       )
                 Petitioners,          )
                                       )
         v.                            )
                                       )      06-CV-01697 (RBW)
ROBERT GATES, et al.;                  )
                                       )   DECLARATION OF JAWED AHMAD
                                       )
                 Respondents.          )
------------------------------------------------------------x
```

## DECLARATION OF JAWED AHMAD

I, Jawed Ahmad, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am 22 years old and am a citizen of Afghanistan. My family and I have lived in Kandahar from the time that I was born to the present. Prior to my imprisonment in the detention facility at Bagram Air Base in October of 2007, I worked as a photojournalist and interpreter for CTV News; a division of CTV broadcast television network, Canada's largest privately owned network and the main asset of CTVglobemedia, one of the country's largest media conglomerates. The statements made in this declaration are all based on my personal knowledge.

2.      My responsibilities for CTV News included investigating local Taliban leaders and collecting information for news reports. I also acted as CTV's person on the ground to film any attack on Canadian forces or any other major incidents (e.g., suicide bombings) in Kandahar.  Because I am from Kandahar, I was able to use my familial and social connections to obtain information for CTV that the Canadian reporters could not obtain. And because I am so familiar with the political landscape in the City, I was often one of the first persons on the scene when major news events occurred, making me an effective photojournalist. For that reason, CTV began to train me for more advanced reporting work. In February 2006, Al Stephens from CTV began training me on how to shoot video for CTV as a stringer. The senior staff at CTV also began discussing the idea of sending me to Canada for more

formal and extensive training on journalism and photojournalism.

3. From October 26, 2007 through September 21, 2008, I was imprisoned by the United States Government for allegedly being an "enemy combatant." The majority of that time I was held by the U.S. in the prison at Bagram Air Base ("Bagram Prison"). During that time, I was tortured, I was never told why I was being held, I was never given a personal representative or advocate, I never received any hearing or other tribunal process, and I was unable to present the abundant evidence I had collected to prove my innocence to the U.S. military beyond a reasonable doubt. Ultimately, I was released and cleared of all charges.

## Before My Arrest, I Worked As A Television Journalist

4. When I started working for CTV in January of 2006, part of my job was to cover any episodes of violence that took place in Kandahar. This work required me to make regular contact with local Taliban leaders in order to be able to collect information about their activities, their responsibility for violence in Kandahar, and anything else that might be useful to CTV in reporting on Taliban activities or planning. In Afghanistan, virtually all media outlets employed local journalists, or "fixers" as they are called in the trade, to leverage local contacts that foreign journalists cannot access. The rest of the CTV crew stayed on base at the Kandahar Air Force Base. When CTV saw that my work was helpful to the News division, they gave me increasing responsibilities and encouraged me to videotape the aftermath of insurgent violence for broadcast in Canada.

## I Was Arrested By the U.S. Government for Doing My Job

5. In the end of October 2007, I believe that the U.S. military lured me onto the Kandahar Air Field Base ("KAF") alone so that they could arrest me. On October 24, 2007, the American Public Affairs Officer stationed at the KAF, who I knew as "Captain Fred," called me to make an appointment for Friday, October 26, 2007. On that date, I called him at 11 a.m. to confirm the appointment and our plan to meet at 3 p.m. at the front gate of the KAF. I arrived at 2:30 p.m. with my younger brother Wahid. The Public Affairs Officer came out to the front gate where we were waiting

at 3:05 p.m. He only took me inside the KAF; Wahid was not permitted to come inside.

6.     I later found out that the appointment was phony and that it was used as a trick to lure me onto the Base, so that the U.S. military could arrest me. The Public Affairs Officer drove me to the U.S. Special Forces Compound on the KAF. As soon as he stopped the vehicle, around fifteen or sixteen soldiers jumped at me, threw me to the ground, and tied my hands. The U.S. soldiers put headphones on my ears, big black glasses on my eyes, and a black bag over my head. They then took me to the prison on the KAF.

### I Was Tortured While in U.S. Custody in Kandahar

7.     I spent nine days in the prison on the KAF. The U.S. soldiers interrogated me around twenty-five times (more or less) during that period. During these interrogations, they abused me. The soldiers kicked me and threw me on the ground. They shouted curses in my ears. They intentionally blew cigarette smoke in my face because they knew that I am allergic to cigarette smoke and would not be able to breathe. During these nine days they did not allow me to sleep or eat.

8.     As they kicked me and interrogated me, they yelled accusations at me, shouting that they knew I worked for the Taliban, that I supplied the Taliban with guns, that I filmed incidents for the Taliban, and that I was a Chinese or Iranian agent. I tried to explain that I did the filming for CTV as part of my job, but they did not listen to my explanations.

9.     To intimidate me, the soldiers lied and threatened to harm my family. After six days in Prison on the KAF, my captors told me that I was going to be sent to Guantanamo, Cuba for the rest of my life. They said that they had arrested my entire family, and that my family was also being sent to Guantanamo. They told me that they had a lot of proof against me, but when I asked them, in every single interrogation, to show me even a single piece of evidence, they never showed me anything.

### **I Was Transferred to Bagram Prison and Held in Life-Threatening Conditions**

10.   After nine days, the U.S. soldiers shaved my head, put me in an orange jumpsuit and flew me to what they said was Guantanamo. We landed after 2 and a half hours, and I realized then that we were not at Guantanamo.  I guessed it was the U.S. Air Base at Bagram, and I was right.

11.   In Bagram, my name was "3370." I was held there for approximately 11 months and 11 days. As soon as we landed, the soldiers kept me outside for six hours, barefoot on the freezing snow. Having not eaten or slept for the past nine days, I was completely delirious and in a significant amount of pain. Twice I fell unconscious, and each time I fell down, the soldiers forcibly stood me up, saying "jigshaw," which means "stand up".

12.   After bringing me inside, they took me to an extreme isolation cell, where they gave me only one blanket and then turned the cold air conditioning on high. In this isolation cell, I was not permitted to talk, and if I uttered a word, the soldiers took away my food and water for three days.

13.   With only the one thin blanket, I spent about 18 days in isolation. During that time, U.S. soldiers interrogated me constantly, continually accusing me of being part of the Taliban or an agent for Iran or China. They claimed that the videos I filmed were not for CTV, but instead were for the Taliban. They lied and told me that it was CTV who informed them that I was part of the Taliban, but they never show me any piece of paper claiming that I was guilty of anything. As I cried, my captors laughed, calling me a spy for the Taliban. Each new interrogation had a new investigator who asked the same questions over and over again.

14.   During the entire time I was in Bagram, I lived in a small cell with no sunlight, which was like a grave. The only food that the soldiers gave me was completely inedible, totally without flavor, and often molded and old. The captors would tear, burn, and kick the Koran in order to torment the Muslim prisoners. At Bagram, I was interrogated 110 times. During my repeated interrogations, I was subjected to exposure to extreme cold, weeks of sleep deprivation, and multiple beatings.

15.   After three months in Bagram, I heard that Carlotta Gall had written a report about me

in the New York Times. I was then moved to the high-risk cell, which is called "Overflow 1" and known as the "death cell." The room is made of concrete, with black metal welded around the entire cell. There was no air circulation, which meant that during the summer it was unbearably hot and in the winter it was freezing cold. The cell was terribly smelly, because the metal walls had been painted with feces by crazy detainees, who would sometimes throw feces on the guards. In the death cells, sometimes I would not see other detainees for months, but only hear their voices. The guards would stop giving me water and food for days at a time. I spent two and half months in the death cell. I do not know the reason that I was put in this cell; I was the first detainee to be in Bagram for 11 months who had never gotten into disciplinary trouble. I believe the reason they moved me to the death cell was the bad publicity they got from the New York Times article. The guards said that they knew I didn't deserve to be in the death cell. They said it was not their decision; it was the people above them who wanted me to be there.

16.     In addition to torturing me physically and mentally, the U.S. military also tortured me by placing me in the death cell with the high-risk detainees, where they knew that I would be beaten. The guards placed me in this cell despite the fact that I had one of the lowest disciplinary records in the entire prison. I informed the Americans four or five times a day that my life was at risk in this cell because of all of the highest-risk and violent people who were living in them. One night, the detainees in the death cell beat me. They broke my ribs. My head and my entire body were black and blue from the bruises. During this beating, the American soldiers just watched the entire attack; they didn't do anything to stop the beating. Afterward, the soldiers took me to hospital, where I stayed in "sick isolation" for four days. I had been so badly beaten that I could not eat, sleep, pray, or even stand upright because of the pain. After four days, they moved me back to the death cell. When I asked why they were putting me back in that cell when they knew I would be beaten again, they replied that when the prisoners beat me again, they would take me to hospital again.

### The U.S. Government Never Told Me Whether Or What The Charges Were Against Me

17.     During my time in U.S. custody, I was never formally told why I was being held. No one ever told me whether there were any criminal charges against me. The only thing I ever heard that came close to a reason for my arrest and imprisonment were the shouts and taunts of my guards and interrogators. These soldiers shouted at me that I was an agent for Iran, that I had connections with Taliban and that was why I got the news so quickly, and that I should turn over the locations and numbers of Taliban members. Throughout the time that I was in custody, I begged the U.S. forces to show me one piece of evidence against me. I challenged them to produce a single piece of proof, but they never did.

### Despite Many Requests, The U.S. Government Never Granted A Single Hearing Of Any Kind

18.     At Bagram, I never took part in any hearing. I tried to talk with the U.S. forces about why I was being held, but they told me that in order to have a hearing I would have to submit a formal request. I submitted a request for a hearing 60 times, and none of those requests were granted. In the requests, I would state that I wanted to see a military official and I would explain the circumstances surrounding my work and conditions and treatment I endured in U.S. detention. The letter would then be handed over to the Guard Force Commander, who would take the request "upstairs" where the interrogators worked. *No one ever responded to any of my requests for a hearing.*

### I Had No Advocate Or Lawyer Representing Me

19.     During the entire time I was at Bagram, I never had a lawyer or anyone else advocating on my behalf at the Base. While I was there I spoke only with the guards, the interrogators, and from time to time, representatives from the International Committee of the Red Cross ("ICRC"), who would come to Bagram for about 5 days every two months. When the ICRC would enter Bagram, the guards would escort them around the facility, and they were only permitted to give us letters that were approved by the military officers. Sometimes the military officers would hold onto the letters for 4 months before delivering them to the ICRC. Eventually I was permitted to speak with my family, but

only once every two months, and only for 20 minutes at a time. During those conversations, I was not allowed to share information with them about my case, my treatment or anything else about Bagram. I was only allowed to say that I was fine (regardless of whether I actually was fine) and that I received good food and good treatment (regardless of whether I actually did). Eventually I heard from my brother and one of the cell guards that there were some American lawyers who were representing me and negotiating for my release. Shortly thereafter, the soldiers moved me to Casbin, a section of the prison where they sent only troublemakers. Needless to say, the lawyers who were representing me in the U.S. were not permitted to visit me in prison and did not know this. I was also not given an interpreter during the time that I was in prison, leaving me to be interrogated in a language that is not my mother tongue.

### I Had Evidence Proving My Innocence But No One Allowed Me To Submit It

20.     Although I had asked 60 times for a hearing to present evidence of my innocence, no such hearing was ever granted. Thus, I never had the opportunity to either present evidence to exonerate myself or to confront any witnesses the U.S. Government might have had. Had I been given the opportunity to defend myself, I would have submitted a significant amount of evidence establishing my innocence. As I mentioned, it is part of my job as a journalist, as well as many, many other journalists like me, to have contact with the Taliban. I was never allowed to explain this to anyone after being arrested. In addition, my brother had collected declarations from several of my co-workers on the Base, other journalists, and the Governor of Jalalabad, Gull Agha Sherzai, explaining my history, my character, and the nature of my work. I also had numerous certificates of recognition for my loyalty and hard work. The U.S. Forces never permitted me to present any of this evidence. The evidence of my innocence are described in attached addendum and attached as Ahmad Exhibits A-G.

### Eventually, My Captors Realized My Innocence

21.     I believe that the more I was tortured and was unable to provide the alleged information the U.S. Government suspected I might have, the more they began to realize my innocence. My captors

7

told me at least a dozen times that they knew I was innocent but they could not release me because they thought that I would talk about what happened there given that I am a journalist.

22.     I learned from my brother that the Governor of Jalalabad, Gull Agha Sherzai, was going to speak with General McNeill, the Commander of the U.S. forces in Afghanistan, about my case. Shortly thereafter, one of my interrogators showed me the letter from Carlotta Gall to General McNeill, stating that I should be released as soon as possible, as well as the letter of Gull Agha Sherzai, in which he wrote that he has known me and my family for the last 30 years, that I am a journalist, working for CTV in Kandahar, that I am not a criminal or bad guy, and I should be released as soon as possible. I later heard from my brother, who spoke with the Chief of Staff for the Governor, that General McNeill confided in the Governor that the U.S. Government believed that I was innocent, but that U.S. officials did not want to release me for fear that, as a journalist, I would tell the world about the torture that I experienced at the hands of the U.S. Government.

**Before I Was Released, The U.S. Government Tried To Coerce Me Into Sign A Confidentiality Agreement Swearing That I Would Not Talk About My Experiences In Bagram**

23.     During an interrogation two months before my release, my interrogators asked me to sign a document which said that after I was released I would not say anything about Bagram, about how I was treated there or about why I had been seized and imprisoned. I refused to sign the document, and I told the interrogators that I would tell the world about everything that happened to me in Bagram. I told them I will write a book about my detention and how they treat people in Bagram.

24.     During that same interrogation, the interrogators told me that they knew I was innocent. They said that arresting me was a mistake. They had learned from the Canadians that I was honest, a hard worker, intelligent, and that I had risked my life for the U.S. Special Forces soldiers when I worked as an interpreter for them. They said they hoped I would forgive them and say something good about them when I spoke with the media. But apologies do not make up for the process I was denied and the abuse I suffered. I could have shown them evidence to that effect when I was first arrested but

I was never given the chance.

### I Was Finally Released On September 21, 2008

25.   Despite never having had a hearing, I eventually realized that I was soon going to be released. One day before my release from Bagram, they moved me another cell where detainees are held before they go home or are transferred another prison (*i.e.*, Policharki, an Afghan prison). The next morning, September 21, 2008, they gave me a black Afghan suit and black shoes and then handed me over to soldiers from the Afghan National Army ("ANA") to take me to the Amnesty Association office in Kabul City.

26.   The U.S. forces left me ruined, without even the things I had with me when I was arrested. I told the people at the Amnesty Association Office how I had been arrested without any reason, and now, after eleven months, during which U.S. soldiers destroyed me mentally, physically and financially, they told me that I was innocent and that they are sorry. I told them that I still had not been given back the things I had when I was arrested. They took my satellite phone, my camera, and $17,000 in cash. I have also asked U.S. officers at Bagram and representatives of the ICRC to return my possessions and my money because I need them, but I still have not received them.

27.   The Americans left me with only one thing. When they released me, the Bagram guards gave me a certificate that says that I was detained from October 26, 2007 until September 21, 2008, that there are no charges against me, and that I am innocent. This certificate is attached hereto as Exhibit H.

### Other Prisoners In Bagram Are Given No Process And Are Being Treated Like Animals

28.   My treatment at Bagram was the same as that given every detainee I saw at the Prison. Some detainees have been there for three years without being told why. Some people have been held without any hearing for seven or eight years. While they are held, the prisoners are treated like animals.

## I Spent Five Months in a Cell with Haji Wazir, Who Described to Me in Detail his Horrific Experience in U.S. Military Detention

29.    I shared a jail cell with Haji Wazir at Bagram prison for five months, where he described to me in detail the hell he had experienced while in U.S. custody for over 6 years without charge. His name is Pacha Wazir, but we call him Haji Wazir out of respect. His family is one of the most prominent and well-respected families in Jalalabad and his brother is one of the most important businessmen in the province.

30.    Haji Wazir has a wife and five sons and two daughters. Before he was arrested, Haji Wazir owned a very successful currency exchange business. He had an office in Dubai and another in Pakistan.  Wazir had been in the currency exchange business for many years.

31.    Haji Wazir was arrested in Dubai in 2002 while he was there on a business trip. From Dubai he was sent to Qatar and then to Panshir, before being taken to Bagram Prison.  He told me he suffered a lot and was brutally tortured during those first six months.

32.    Haji Wazir told me that he has never taken arms against the United States. He never fought the United States in Afghanistan or in any other country. He is not a member of the Taliban or of al Qaeda.

33.    About four months ago, in June or July of this year, one of the investigators in Bagram told Haji Wazir that there was no incriminating evidence against him. Even before the United States admitted his innocence, the governor of Jalalabad organized all the prominent businessmen to sign a petition vouching that Haji Wazir is a well-known business man and respected member of the community and is not associated with the Taliban, Al Qaeda, or any other group hostile to the United States or its mission in Afghanistan.

34.     In fact, the governor of Jalalabad met with President Karzai himself to discuss Haji Wazir's innocence. Based on that meeting, Haji Wazir believed he would be released, but that was fifteen months ago and he is still at Bagram.

35.     By the time I met him, Hazir Wazir had already been in Bagram for five years. After living in horrible conditions, eating nutritionless food, and surviving interrogations for so long, he had become very weak. He shivered all the time and had difficulty walking. When I lived with him he had very high blood pressure, even though he was receiving medication.  I believe that his weak condition is a result of the torture and horrific conditions of confinement that he has experienced over the past six years.

36.     Haji Wazir has had limited contact with his family. Every two months, he would talk to his family once for about twenty minutes. At one point when I was with Haji Wazir, his family thought he would be released.  His brothers flew to Afghanistan from Germany to welcome him. He did a videoconference with them, but he was not released. In the end he remained at Bagram.

Executed this 3rd day of November, 2008 in Kandahar, Afghanistan.

**Jawed Ahmad**

## Addendum to Declaration of Jawed Ahmad:
## Index of Evidence in Support of Jawed Ahmad

1. Certificate of Appreciation presented to Mr. Ahmad for his support of the U.S. Special Forces in Bagram Airfield, Afghanistan, dated June 18, 2002, attached as Ahmad Exhibit A.

2. Certificate of Appreciation presented to Mr. Ahmad for his exceptional efforts in support of the Civilian Military Operations in the southern region of Afghanistan, and thanking Mr. Ahmad for his contributions from December 2002 to July 2003, attached as Ahmad Exhibit B.

3. Certificate of Appreciation presented to Mr. Ahmad for his outstanding service rendered to the U.S. Special Forces in Bagram Air Base, dated March 2003 is attached as Ahmad Exhibit C.

4. Letter by Robert A. Mengel, manager in the U.S. Agency for International Development (USAID), stating the he has reviewed Mr. Ahmad's credentials and has contacted other organizations who worked with Mr. Ahmad, and found no negative feedback and would consider hiring him when the USAID's contracts with its suppliers are up for renewal. The letter is dated December 29, 2005 and is attached as Ahmad Exhibit D.

5. A letter from Carlotta Gall, the bureau chief at The New York Times, Kabul, to General McKiernan explaining that Jojo is a well-known, local journalist and that his detainment without any judicial process makes all journalists feel at risk, and requesting Jojo be handed over to Afghan authorities to be dealt with as a civilian in accord with international conventions. The letter, dated July 13, 2008 and is attached as Ahmad Exhibit E.

6. A letter from Steve Chao, Asia bureau chief of CTV, which is Canada's largest news network, stating Jojo has worked for CTV since February 2006 and should be granted all the privileges afforded to accredited journalists working for Canadian news organizations. The letter, dated February 1, 2006, is attached as Exhibit F.

7. A letter from Gul Agha Sherzai, Advisor Minister and Governor of Nangarhar, to General McNeil, recommending that Jojo be released immediately, stating that Jojo works for Canadian television as a journalist and that Governor Sherzai knows Jojo and his family personally and they have never broken any laws or been anti-government. The letter, dated January 7, 2008, is attached as Exhibit G.

8. A Memorandum for Record stating that Jawed Ahmad has no pending charges from the United States is dated September 21, 2008 and attached at Exhibit H.

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT A





# Certificate of Appreciation

## Presented to

**Javed "Jo Jo" Yazamy**

In support of the 2nd Battalion, 3rd Special Forces Group (Airborne)
and Company B, 3rd Battalion, 20th Special Forces Group (Airborne).

Bagram Airfield, Afghanistan,

18 June 2002.



WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT B



# CIVIL MILITARY OPERATIONS CENTER - KANDAHAR



## Certificate of Appreciation

For exceptional efforts in support of Civil Military Operations in the southern region of Afghanistan.
CMOC recognizes:

### SULTAN
### JOJO



Our sincere thanks for all of your contributions

LTC Rich Behringer
CA, USAR
CMOC Commander
Kandahar, Afghanistan

DECEMBER 2002 - JULY 2003

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT C



# 20th Special Forces Group (Abn)

## 1st Special Forces
## CJSOTF-AFGHANISTAN
## Certificate of Appreciation

**TO:** Javed "Jo Jo" Yazamy



**For outstanding service rendered to the CJSOTF-AFGHANISTAN**
**GIVEN AT: BAGRAM AIR BASE, AFGHANISTAN**
**on this the FIRST DAY of MARCH, Two Thousand and THREE .**

**MICHAEL F. JONES**
**FIRST SERGEANT**

**DAVID S. ERKINS**
**CPT, QM, Commandant**

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)


# AHMAD DECLARATION
dated November 3, 2008


# EXHIBIT D

 

To Whom It May Concern:                                     Date:   29th December, 2005.

Javed Yazami/JOJO has offered his services. I have reviewed the resources he has available. They are adequate to purposes and would satisfy my needs.

I am not able to offer JOJO a contract as our needs are covered by contracts with other suppliers.

I would however consider utilizing his company when the present contracts become open to renewal.

I have contacted other organizations to confirm JOJO's and his company's capabilities and have not had any negative feedback.

Robert A Mengel
Advanced Engineering Associates International.
Manager Gen Set Operations, Kandahar.
Mobile # 070 – 242 – 688

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT E

Copy

# The New York Times

*Kabul Bureau*

General David D McKiernan
ISAF Headquarters
Kabul

July 13, 2008

Dear General McKiernan,

### Jawed Ahmad - Afghan journalist detained in Bagram airbase

I would like to inform you about an Afghan journalist Jawed Ahmad, 20, son of Abdul Baqi, from Kandahar, who was detained by American forces at Kandahar Air Base on October 26, 2007. He is being detained in Bagram airbase, and we are told he has been named an "unlawful enemy combatant.

Jawed Ahmad was working for Canadian Television (CTV) in Kandahar for almost one year before his arrest. He was known to his Canadian colleagues as Jojo and his CTV press card named him as Jojo Yazemi.

I have worked in Afghanistan since the fall of 2001 and know both Jawed Ahmad and his brother Siddique Ahmad from my many trips to Kandahar. Jawed is also well known among the local Kandahar press corps, and to local Afghan officials.

I am greatly concerned that a local journalist should have been picked up in this manner and be detained for such a long time without judicial process. The case makes all us journalists working in this country, foreign and local, feel at risk.

I would request that you look into this case urgently or pass this letter on to the relevant authorities. Jawed Ahmad should be handed to the Afghan authorities immediately to be dealt with as a civilian, as all journalists should be under international conventions.

Carlotta Gall
Bureau Chief
Afghanistan and Pakistan

House 69, Street 15 B, Wazir Akbar Khan
Bureau Sat. phone: +870 77 22 60 438
Digital: 020 - 2101088
Mobiles: 070 279 339 / 070 276 440
E-mail: nytkabul@yahoo.com

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT F



CTV Television Inc.
117 Golf Links, 2nd Floor
New Delhi - 110003, India
Office : (91) 11 5155 4011
Fax     : (91) 11 2461 5417
Mobile : (91) 9810610124
E-mail : mattinindia@hotmail.com
          mmcclure@ctv.ca

*Bell Globemedia*

February 1, 2006

To Whom It May Concern.

This letter is to confirm that Jojo (Javed Yazami) is fully employed by CTV News, Canadian Television.

CTV is Canada's largest and most watched news network.   It has a longstanding reputation one of the world's most respected and credible news operations.

Yazami is a cameraperson operating out of Kandahar province.   Javed Yazami has been under the employment of CTV since February 2006.

For further inquiries you can contact Steve Chao, Asia bureau chief at the numbers listed below or by email. You can also contact Margo Harper, CTV National News Foreign Assignment Editor, at 416-332-7400.

We ask that you extend him all the priviledges granted accredited journalists working for Canadian news organizations.

Sincerely,

Steve Chao
Asia Bureau Chief

011 (93) 799778139
86-1370-1222-805.

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT G

Islamic Republic of Afghanistan
Nangarhar Province
Governor Office

Date: 1387 - 1 - 8

S/No: 33

To,

The Commander Gen. Mac Neil,
ISAF Afghanistan.

I present my highest compliments and avail this opportunity to thank for the release of the Zabith Zahir, who was arrested by your forces in Nangarhar province.

I would like to recommend the earliest release of Mr.Javed S/O Abdul Baqi resident of Kandahar who, has been arrested by Coalition Forces in Kandahar Air Field. He is journalist and works for CTV (Canadian TV).

I personally know him and his family that they have never been involved in any kind of unlawful or other anti-government activities.

Once again, I draw your kind attention to instruct the relevant department to release Mr.Javed as soon as possible.

Your kind assistance will be highly appreciated in this regard.

Best Regards ~

Gul Agha Sherzai
Advisor Minister and Governor of Nangarhar

WAZIR v. GATES, Civil Action No. 06-CV-1697 (RBW)

# AHMAD DECLARATION
dated November 3, 2008

# EXHIBIT H



**DEPARTMENT OF DEFENSE**
COMBINED/JOINT TASK FORCE (CJTF) - 101
BAGRAM AIRFIELD, AFGHANISTAN
APO AE 09354

CJTF-101-PMO                                              21 September 2008

MEMORANDUM FOR RECORD

SUBJECT:  Certificate for Release of JAVED ((AHMED)) S/O ABDUL ((BARI))

1.  This memorandum is to certify that the following individual was detained by the United States Armed Forces from 26 October 2007 to 21 September 2008.

| NAME | ISN | COUNTRY | VALIDATED AS |
|------|-----|---------|--------------|
| JAVED ((AHMED)) | US9AF-003370DP | AFGHANISTAN | PTS-YES |

2.  This individual has been released as directed by the CG CJTF-101 to the Government of Afghanistan under the PTS Program.  There are no charges from the United States pending this individual at this time.  This certificate has no bearing on future misconduct.



UNITED STATES
ARMY