# EXHIBIT 1

------ Forwarded Message
**From:** Shafeek Seddiq <sseddiq@seddiqlaw.com>
**Date:** Mon, 2 Feb 2009 04:00:20 -0500
**To:** Kathleen A Kelly <kathkelly@gmail.com>
**Cc:** Shafeek Seddiq <sseddiq@seddiqlaw.com>
**Subject:** RE: Haji Wazir

Dear Kathleen:

Thank you for the email and the telephone call. I spoke with the AG, he remembered the case and this is what happened, but first allow me to shed some light on the process of the detainees and certain unwritten protocols between the government of Afghanistan and the U.S. related to these detainees.

When individuals are detained (captured during fight, battle, or excursion throughout Afghanistan) by the coalition forces (in this case by the Americans) they are either sent to GITMO or Bagram. During this time of detention by the coalition forces (because these individuals have allegedly committed crimes-basically fighting, spying for the Taliban, etc.-against the coalition forces) the Afghan government has no jurisdiction to intervene. They are being interrogated and investigated by the coalition forces (and I am using this term generically, but in this case I am referring to the Americans) to determine whether they are dangerous to the coalition forces or the government of Afghanistan. When the decision by the Americans (whenever it may be) is made, they are either tried by the Military Commission in GITMO or released to the government of Afghanistan. Once they are transferred to the Afghan authorities, the Afghan prosecutors then investigate the particular case and determine whether any crimes have been committed against the government of Afghanistan, whether there are sufficient evidence to successfully prosecute the matter, and whether time served is equal to or greater than the punishment.

Now, the process is this: the Americans send files to the prosecutors and the detainees are transferred to Poly Charki, the prison where these detainees are being held. Sometimes during this process, the wrong files are sent or the detainees are sent but no files. We are working to ensure that this does not happen. However, the case of Haji Wazir as one of those cases. The file was sent to the Afghan government but Haji Wazir was still being held by the Americans in Bagram. And the prosecutors based on the file, and I am assuming based on my conversation with the AG and I did not see the file myself, that there was insufficient evidence to proceed with

prosecution.  Further, since he had been held for so long, even if there were evidence to prosecute it may not warrant the prison term longer than the time he has already served in detention.  As such, they have determined that the person should not be prosecuted.  After this determination, the prosecutors learned that Haji Wazir has not been transferred so the file was sent back to Bagram.

As far as the AG and this office is concerned, everything is with the Americans.  There is no particular letter or memo written on behalf of Haji Wazir by the AG stating his innocence.  At least the AG does not recall.  As such, the matter is with the Americans along with the files and documents.

On behalf of the AGO, we thank you for your inquiry and please feel free to contact us if we can be of further assistance.


```
Shafeek M. Seddiq
Advisor to the Attorney Genearl of Afghanistan
Kabul, Afghanistan
011-93-799-766868

Privileged & Confidential



This e-mail is sent by a law firm and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and any
attachments and notify us immediately.
```

**From:** Kathleen Kelly [mailto:kathkelly@gmail.com]
**Sent:** Monday, February 02, 2009 12:48 AM
**To:** sseddiq@seddiqlaw.com
**Subject:** Haji Wazir

Dear Shafeek,

Thank you so much for taking the time to talk with me on the phone.  As I said, I am an attorney with the International Human Rights Clinic at Stanford Law School.  We currently represent five detainees in Bagram, on behalf of whom we have filed Petitions for a Writ of Habeas Corpus in the D.C. District Court.  The cases are pending a decision by the court on jurisdictional issues, which we believe will be decided within the next couple of months.  In the meantime, we are working to negotiate with the attorneys at the Justice Department for the release of our clients, including Haji Wazir.

Mr. Wazir is a businessman whom we believe was wrongly taken into Bagram, where he has been held by the Americans essentially incommunicado for nearly seven years.  According to his brother, Zaheer Ullah, the attorney general wrote a letter in support of Mr. Wazir's case, which was signed by President Karzai and sent to the Americans.  We would like to get a copy of that letter, along with any other evidence you might have showing Mr. Wazir's innocence.  If you have any questions or need any further information from me, please let me know.

Thanks you again for all of your help and I look forward to talking with you.

Sincerely,

**Kathleen Kelly**
Clinical Teaching Fellow
Stanford Law School
International Human Rights Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel. 650-721-5885
Cel. 415-867-1882
Fax 650-723-4426
kkelly@law.stanford.edu

5/29/2009

# EXHIBIT 2

# نظر هیأت بررسی قضایای محبوسین انتقال شده از بگــرام و گوانتانامو

۳۴
۲/۴/۷

**شهرت مظنون:**

اسم :- حاجی پاچا وزیر .
ولد :- محمد گل .
نمبر راجستر : US 9 AF۰۰ ۱۲۰۷ DP .
محل دستگیری : کراچی پاکستان.
تاریخ گرفتاری :- ۱۳ نوامبر ۲۰۰۳.

**رویداد قضیه :** در اسناد ودوسیه مظنون مذکور تذکر به عمل آمده که حاجی پاچا وزیر به تاریخ ۱۳ نوامبر ۲۰۰۳ به ظن تسهیل دهی وتمویل شبکه القاعده توسط پولیس پاکستان درشهر کراچی دستگیر گردیده ، همچنین تذکر به عمل آمده که وزیر از چندین دوکانهای تبادله اسعار خود در جلال آباد ، هرات ، کابل ، چوک یادگار پاکستان ، دبی ، آلمان وانگلستان به منظور دادن پول به سود وتوزیع نمودن سرمایه برای القاعده ، طالبان وحزب اسلامی استفاده نموده .

حاجی وزیر تحصیلات خویش را در رشته انجنیری برق درمدت سه سال درکابل به پایه اکمال رسانده وبعداً به صفت انجنیر رادیو در استیشن رادیو موج متوسط رادیوافغانستان دروقت رژیم کمونیستی مقرر وایفای خدمت نموده که متعاقباً به اثر فشارهای حکومت وقت مجبور به ترک وطن شده وبه کمپ پاره چنار موقتاً مسکن گزین وبعد از مدت چهار ماه از پشاور وآنجا به عربستان سعودی غرض کارغریبی عزیمت نموده ومدت هشت سال را به صفت برمه کار در عربستان سعودی کارکرده ودوباره به پاکستان عودت وبه کار تبادل اسعار مصروف گردیده است ، همچنان در اسناد تذکر رفته زمانیکه در دبی مصروف تبادل اسعار بوده در اکتوبر ۲۰۰۲ توسط مسؤلین امارات متحده عربی دستگیر گردیده .

هکذا در اسناد تذکر به عمل آمده که شخصی بنام عبدالباری که با طالبان روابط داشت با پاچاوزیر نیز روابط تبادله اسعاری داشت

**دلایل :-** در اسناد مرتبه قوای ائتلاف تذکر رفته که شواهد ، مدارک فزیکی وتصاویر مبنی بر الزامیت مذکور موجود نیست ، در جنگ رویا رویی گرفتار نشده ، کدام عمل تخریبی را مرتکب نگردیده ، در معاینات پولیگرافی فریب موجود نیست .

بناءً بر حسب ایجاب وظیفه صرافی وبه منظور کسب روزی حلال کار تبادل اسعار را با افراد واشخاص حقیقی وحکمی در هرگوشه وکنار جهان انجام داده .

**قرارکمیسیون:-**

فلهذا کمیسیون را عقیده بر آنست ، کدام اسنادیکه مبین الزامیت مظنون قضیه باشد در اوراق به ملاحظه نرسیده مدت اضافه تر از پنج سال را در زندان سپری کرده .

بناءً بهتر است مظنون قضیه از زندان رها ، به کمیسیون مستقل ملی تحکیم صلح معرفی وگزارش موضوع بمقام محترم ریاست جمهوری اسلامی افغانستان تقدیم گردد بااحترام

(نماینده تحکیم صلح)          (نماینده ...)              (نماینده لوی څارنوالی)
مولوی عبدالواحد ...        پوهاند میرحیات الله پاچا (الهاشمی)    ګلنار الحاج ... (حسین خیل)

(نماینده ستره محکمه)        (نماینده ...)              (نماینده امنیت ملی)
محمد صدیق مسلم رئیس عمومی   عبدالقیوم (نورزی) څارنوال   صدرالدین (صدیقی)
افتاء و احتساب

(سید شریف (شرکی) څارنوال)   (حفیظ الله (حفیظ) څارنوال)   (محمد غوث (ضمیر) څارنوال)

(نماینده وزارت دفاع ملی)    (نرغوث (برکی) څارنوال)    (تورن جنرال عبدالسلام (عصمت))
برید جنرال محمد اسماعیل محمودی                      نماینده وزارت عدلیه

(څارنپوه محمد اسحق الکو)
رئیس کمیسیون

ENGLISH TRANSLATION

## Comments from the Panel for Review of Prisoner Cases Transferred from Bagram and Guantanamo

23 – 3 / 4 / 87 [June 26th, 2008]

**Suspect's Identity:**

Name:            Hajji Pacha Wazir

Father's Name:   Mohammad Gul

Registration No.: US9AF001207DP

Arrest Location: Karachi, Pakistan

Date of Arrest:  November 13th, 2003

**Details of the Case:** The documents and files for this suspect indicats that Hajji Pacha Wazir was arrested by the Pakistani police in Karachi city on suspicion of facilitation and funding for the Al-Qaeda network. It has also been mentioned that Mr. Wazir has used many of his money transfer shops in Jalalabad, Herat, Kabul, Chawk e Yadgar in Pakistan, Dubai, Germany and England for loaning money and funding to Al-Qaeda, the Taliban and Hezb e Islami.

Hajji Wazir has completed his higher education in the field of electrical engineering in Kabul over a period of three years, and was employed and has served as a radio engineer for the Medium Wave Station of Radio Afghanistan during the communist rule. As a result of pressure from the ruling regime, he was forced to leave the country and seek refuge in Para Chinar refugee camp on a temporary basis. He moved to Peshawar after four months he travelled to Saudi Arabia in search of work and spent eight years there and worked as a drill handler. He then returned to Pakistan and started working in the currency exchange market. The documents further indicate that he has been arrested by law enforcement authorities of United Arab Emirates when he was engaged in currency exchange business in Dubai in October of 2002.

It has also been said in the documents that a man by the name of Abdul Bari who had contacts with the Taliban was also performing currency exchange deals with Pacha Wazir.

**Reason:** In the documents from coalition forces, it has been mentioned that evidence, physical supporting material and pictures do not exist to prove the accusations, he has not been arrested in a face to face battle, has not performed any terrorism related actions, polygraph tests show that there are no evidence of deception.

Based on the requirements of his job and business he has performed currency exchange activities in all parts and corners of the world legally to earn his livelihood.

**Commission's Decision**

Therefore, the commission believe that there are no documents in his file that would support the allegations against this person and he has already spent more than five years in prison.

Thus, it is considered appropriate if the suspect is released from prison, introduced to National Independent Commission on Peace and Reconciliation and a report be delivered to the President of Islamic Republic of Afghanistan.

Regards

| Peace Commission's Representative<br>Mawlawee Abdul Wahid [ILLEGIBLE]<br> | Peace [ILLEGIBLE] Representative<br>Professor Mir Hayatullah Pacha (Al-Hashimi)<br> | Chief Prosecutor's Representative<br>Al-Haj Yar Mohammad (Hussain Khel) |
| --- | --- | --- |
| Supreme Court's Representative<br>Mawlawee Mohammad Siddiq Muslim<br> | Abdul Qayoum (Norzai) - Prosecutor | National Security's Representative<br>Sadrudin Siddiqui |
| Sayed Sharif Sharifi - Prosecutor<br> | Hafizullah Hafiz – Prosecutor<br> | Mohammad Ghaus Zamir – Prosecutor<br> |
| Representative for Ministry of National Defence<br>General Mohammad Ismael Mahmoudy<br> | Zarghona Baraki – Prosecutor<br> | Major General Abdul Salam Esmat<br>Representative for Ministry of Justice |
| | Mohammad Is-haq Alko<br>Head of Commission<br> | |