UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAJI WAZIR, et al.,**<br><br>    Petitioners,<br><br>v.<br><br>**ROBERT GATES, et al.,**<br><br>    Respondents. | Civil Action No.  06-1697 |

### ORDER

Upon consideration of respondents' motion to dismiss, the supporting and opposing memoranda, oral arguments before the Court on January 7, 2009, and the entire record herein, and for the reasons set forth in the Court's April 2, 2009 memorandum opinion and the memorandum opinion that accompanies this order, it is hereby **ORDERED** that the motion is **GRANTED**.  Petitioner Wazir's habeas petition is hereby **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

                                                /s/
                                          JOHN D. BATES
                                     United States District Judge

Date:    June 29, 2009