# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-5303**  **September Term 2009**

**1:06-cv-01697-JDB**

**Filed On:** May 17, 2010

Haji Wazir, Detainee, and Mohammad Sharif, as Next Friend of Haji Wazir,

    Appellants

v.

Robert M. Gates, Secretary, United States Department of Defense, et al.,

    Appellees

**BEFORE:**  Ginsburg, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of appellees' unopposed motion to dismiss as moot and appellants' unopposed motion for vacatur, it is

**ORDERED** that the motion to dismiss be granted and the appeal be dismissed as moot. It is

**FURTHER ORDERED** that the motion for vacatur be granted. The district court's memorandum opinion and order filed June 29, 2009, granting respondents' motion to dismiss the habeas corpus petition, is hereby vacated, Wazir v. Gates, 629 F. Supp. 2d 63 (D.D.C. 2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**